**MCGUIREWOODS LLP**
MARC A. LACKNER (SBN 111753)
JAMIE D. WELLS (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922
Email: mlackner@mcguirewoods.com
Email: jwells@mcguirewoods.com
*Attorneys for TIBCO Software Inc.*

Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

Hallie B. Levin (admitted *pro hac vice*)
hallie.levin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: +1 212 230 8800
Facsimile: +1 212 230 8888
*Attorneys for GAIN Capital Group, LLC*

APPROVED
Judge Edward J. Davila
2/12/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBCO SOFTWARE INC.<br><br>Plaintiff,<br><br>vs.<br><br>GAIN CAPITAL GROUP, LLC; and Does 1 to 10 inclusive,<br><br>Defendants. | CASE NO. 5:17-CV-03313-EJD<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINES** |

Plaintiff TIBCO Software Inc. ("TIBCO") and Defendant GAIN Capital, LLC ("GAIN"), through their respective attorneys of record, hereby stipulate and agree as follows:

1. The parties have a private mediation scheduled with Judge Cahill at JAMS in San Francisco on February 13, 2018;

2. The parties agree to extend TIBCO's deadline to oppose GAIN's motion to dismiss until February 26, 2018 and that GAIN's reply to its motion to dismiss shall be due by March 12, 2018; and

3. Given the scheduled mediation and the resulting prospect of resolving the case, the parties agree to continue the Case Management Conference scheduled for March 8, 2018 to April 26, 2018, the same day as the hearing on GAIN's motion to dismiss, or a date thereafter that is convenient for the Court.

Based on the foregoing, the parties hereby respectfully request that:

1. TIBCO has until February 26, 2018 to file an opposition to GAIN's motion to dismiss;

2. GAIN has until March 12, 2018 to file a reply to GAIN's motion to dismiss;

3. The Case Management Conference scheduled for March 8, 2018 be continued to ~~April 26~~ May 31, 2018 at 10:00 a.m. or a date thereafter that is convenient for the Court; and

4. The March 1, 2018 deadline to file a Joint Case Management Statement and other associated deadlines be continued based on the date of the continued Case Management Conference.

**IT IS SO STIPULATED.**

///

///

2
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINES

| | | |
|---|---|---|
| DATED: February 12, 2018 | | MCGUIREWOODS LLP |
| | By: | /s/*Jamie D. Wells* <br> Jamie D. Wells <br> Attorneys for Plaintiff <br> TIBCO Software Inc. |
| DATED: February 12, 2018 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: | /s/ *Christopher T. Casamassima* <br> Christopher T. Casamassima <br> Attorneys for Defendant <br> GAIN Capital Group, LLC |

## SIGNATURE ATTESTATION

I, Jamie D. Wells am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation To Continue Case Management Conference And Extend Deadlines Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

By: /s/*Jamie D. Wells*
Jamie D. Wells

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2018, a copy of foregoing ***Joint Stipulation to Continue Case Management Conference and Extend Deadlines*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Dated: February 12, 2018     By: /s/*Jamie D. Wells*
Jamie D. Wells