UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIBCO SOFTWARE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GAIN CAPITAL GROUP, LLC,<br><br>    Defendant. | Case No. 5:17-cv-03313-EJD<br><br>**ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 106 |

Plaintiff Tibco Software Inc.'s motion for relief from nondispositive pretrial order of magistrate judge (Dkt. No. 101) is DENIED. *See* 28 U.S.C. § 636(b)(1)(A) (providing that a district judge may only reconsider the pretrial order of a magistrate judge "where it has been shown that . . . order is clearly erroneous or contrary to law").

**IT IS SO ORDERED.**

Dated:   October 4, 2018

EDWARD J. DAVILA
United States District Judge

CASE NO.: 5:17-cv-03313-EJD
ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE