| | |
|---|---|
| **MCGUIREWOODS LLP**<br>DAVID S. REIDY (SBN 225904)<br>AARON R. MARIENTHAL (SBN 273154)<br>JAMIE D. WELLS (SBN 290827)<br>Two Embarcadero Center<br>Suite 1300<br>San Francisco, CA  94111-3821<br>Telephone:  415.844.9944<br>Facsimile:  415.844.9922<br>Email:  dreidy@mcguirewoods.com<br>Email: amarienthal@mcguirewoods.com<br>Email:  jwells@mcguirewoods.com<br><br>Attorneys for Plaintiff<br>TIBCO Software Inc. | **WILMER CUTLER PICKERING**<br> **HALE AND DORR LLP**<br>Christopher T. Casamassima (SBN 211280)<br>Rebecca A. Girolamo (SBN 293422)<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: 213.443.5300<br>Facsimile: 213.443.5400<br>Email: chris.casamassima@wilmerhale.com<br>Email: becky.girolamo@wilmerhale.com<br><br>Hallie B. Levin (admitted pro hac vice)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Telephone: 212.230.8800<br>Facsimile: 212.230.8888<br>Email: hallie.levin@wilmerhale.com<br><br>Attorneys for Defendant<br>GAIN Capital Group, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBCO SOFTWARE INC.<br><br>            Plaintiff,<br><br>     vs.<br><br>GAIN CAPITAL GROUP, LLC; and Does 1 to 10 inclusive,<br><br>            Defendants. | CASE NO. 5:17-CV-03313-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff TIBCO Software Inc. ("TIBCO") and Defendant GAIN Capital, LLC ("GAIN") hereby stipulate that this action, all claims that TIBCO asserted against GAIN in this action, and all counterclaims that GAIN asserted against TIBCO in this action shall be dismissed with prejudice. Each party shall bear its own costs and fees.

IT IS SO STIPULATED, through Counsel of Record.

DATED: December 4, 2018          MCGUIREWOODS LLP

                                 By:  /s/Jamie D. Wells
                                      Jamie D. Wells
                                      Attorneys for Plaintiff
                                      TIBCO Software Inc.

DATED: December 4, 2018          WILMER CUTLER PICKERING HALE AND DORR LLP

                                 By:  /s/ Christopher T. Casamassima
                                      Christopher T. Casamassima
                                      Attorneys for Defendant
                                      GAIN Capital Group, LLC

I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized the filing of the Stipulation.

                         /s/ Jamie D. Wells
                         Jamie D. Wells

**[PROPOSED] ORDER**

After reviewing the parties' Stipulation for Dismissal pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and finding good cause presented, the Court hereby GRANTS the parties' stipulation and DISMISSES the entire action, including all claims and counterclaims asserted, WITH PREJUDICE. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: _____

                                                      Edward J. Davila
                                                      United States District Judge

3

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
Case No.: 5:17-CV-03313-EJD

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2018, at San Francisco, California.

                                              */s/ Jamie D. Wells*
                                                Jamie D. Wells